Shanen R. Prout (Cal. SBN 236137)
shanen@srplawyer.com
LAW OFFICE OF SHANEN R. PROUT
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Tel. (626) 590-1976
Fax: (310) 494-9382

Attorney for Defendant
VERONICA MONGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SLADE NEIGHBORS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA MONGER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. Case 2:20-cv-04146-AB-E<br><br>Hon. André Birotte Jr., Courtroom 7B<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF CONFIDENTIAL INFORMATION FORM UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 367.3 AND NOTICE OF SAFE AT HOME PARTICIPANT [ECF NOS. 26 AND 26-1]**<br><br>Case filed: May 6, 2020<br>Trial: none set |

After a meet and confer between counsel for Defendant Veronica Monger and Plaintiff Slade Neighbors, Defendant hereby withdraws her Confidential Information Form Under California Code of Civil Procedure Section 367.3 and her Notice of Safe at Home Participant [ECF Nos. 26, 26-1] filed on December 11, 2020.  There is no

DEFENDANT'S NOTICE OF WITHDRAWAL OF CONFIDENTIAL INFORMATION FORM UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 367.3 AND NOTICE OF SAFE AT HOME PARTICIPANT [ECF NOS. 26 AND 26-1]

pending hearing or matter under submission associated with these filings.

    Such withdrawal is made without prejudice to Defendant's right to file the above papers at a later date or seek relief related to them.

Dated: January 7, 2021           LAW OFFICE OF SHANEN R. PROUT

                                       */s/ Shanen R. Prout*
By: _____
        Shanen R. Prout
        Attorneys for Defendant
        VERONICA MONGER

DEFENDANT'S NOTICE OF WITHDRAWAL OF CONFIDENTIAL INFORMATION FORM UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 367.3 AND NOTICE OF SAFE AT HOME PARTICIPANT [ECF NOS. 26 AND 26-1]