JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SLADE NEIGHBORS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA MONGER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. Case 2:20-cv-04146-AB-E<br><br>Hon. André Birotte Jr., Courtroom 7B<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, PRESERVING JURISDICTION PURSUANT TO FRCP 41(a)(2)**<br><br>Case filed: May 6, 2020<br>Trial: none set |

Pursuant to the parties' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, PRESERVING JURISDICTION PURSUANT TO FRCP 41(a)(2), and good cause being shown therefore, the Court hereby **APPROVES** the Stipulation and **ORDERS** as follows:

1. This action, including all claims, counter-claims and third-party claims stated herein against all Parties, is hereby dismissed WITH PREJUDICE in its entirety, with each Party to bear his or her own attorneys' fees and costs incurred in the action.

2. To the extent this Court has exclusive jurisdiction over issues in the Parties' October 26, 2020 Settlement Agreement, this Court expressly retains jurisdiction to enforce such aspects of the Settlement Agreement, and the Court finds that this retention of jurisdiction is a necessary and proper term pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. That this dismissal shall not limit either Party's right to seek enforcement of the Settlement Agreement in this Court or otherwise.

**IT IS SO ORDERED.**

Dated: 9/30/2021

Hon. André Birotte Jr.
United States District Judge